UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern DIVISION

Kimberly Dawn Taylor )
                     )
_____ )
                     )
(Enter the full name of the Plaintiff[s] in this action) )

Case No. ___4:25-cv-4165___
(To be assigned by
Clerk of District Court)

vs. )

Waste Connections of SD, Inc. )
                              )
DBA Novak Sanitary )
            Services )
                    )
(Enter the full name of **ALL** Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties. Merely listing one party and "et al." is )
insufficient. Please attach additional sheets if )
necessary.) )

## COMPLAINT

I.   State the grounds for filing this case in Federal Court (include federal statutes and/or
     U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a
     short and plain statement of the grounds for the court's jurisdiction.):

     • Title VII of the Civil Rights Acts of 1964, 42 U.S.C. § 2000e, et seq.
     (religious discrimination, retaliation, hostile work environment)

     This Court has jurisdiction under 28 U.S.C. § 1331
     because this action arises under federal law,
     specifically the above mentioned statute. It prohibits
     discrimination and retaliation in employment on the
     basis of religion and for engaging in protected activity.

     Venue is proper under 28 U.S.C. § 1391 because the
     events giving rise to this action occurred in Sioux
     Falls, SD, within this judicial district.

1

II.     Plaintiff, Kimberly Dawn Taylor resides at

809 N. Blauvelt Ave.
_____
        (street address)

Sioux Falls , Minnehaha
_____
(city)                    (county)

SD           57103     605-321-5213
_____
(state)         (zip)     (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

_____
_____
_____
_____
_____
_____
_____
_____

III.    Defendant, Waste Connections of SD, Inc. resides at, or its business is located at

503 S. Pierre St.
_____
(street address)

Pierre , Hughes .
_____
(city)                    (county)

SD           57501
_____
(state)         (zip)     (telephone number)

(If more than one defendant, provide the same information for each defendant below)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

2

IV.    Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

1. Plaintiff Kimberly Dawn Taylor was employed by Waste Connections of SD, Inc., DBA Novak Sanitary Services, in Sioux Falls, SD from 3/13/2020 until she was terminated 5/1/2025.

2. Plaintiff consistantly performed her job well, and even received recognition as Employee of the Year.

3. In Oct. 2024, the Plaintiff raised concerns about an inappropriate banner with the F word and middle fingers up, that the District Manager, Greg Fendelman, allowed in the breakroom. The Plaintiff objected to the banner claiming she was convicted at church regarding it, and that the banner violated her beliefs. She also reported a safety concern at the same time.

4. In Jan. 2025 Plaintiff again raised the same safety concern and the DM agreed but did not correct the issue. The following day, the Plaintiffs manager, Roy Card, informed the Plaintiff that the D.M. took away half her boot allowance. Plaintiff complained saying that was retaliation and Roy spoke to the D.M. Greg. He refused to give back half of her boot allowance.

5. The safety concern was not addressed by →

V.    Relief (State briefly and exactly what you want the Court to do for you.)
Wherefore, Plaintiff respectfully requests $150,000 for loss of future earnings and benefits, based on Plaintiffs expectation of employment until retirement. Husband is a current employee of 12 years and their son is a current employee of 4 years. Plaintiff is seeking an award for compensatory damages, emotion distress, mental anguish and humiliation, loss of friendships, and loss of long term career, pain and suffering. Plaintiff requests punitive damages in the amount of $100,000 for punishment of willful and malicious conduct, to deter defendant and others from engaging in similar conduct. Plaintiff requests court fees and any legal fees be compensated as permitted by law, and request you grant other and further relief as this court deems just and proper.

IV. Statement of Claim
continued:

①

5. Continued:
anyone, and one of the Plaintiff's coworkers,
Monica Mickelson, slipped in the grease.
It was again reported to the manager and
DM and ignored and not cleaned up.
Plaintiff took pictures almost daily to document.

6. Plaintiff witnessed and reported multiple employees, and
even a supervisor, vaping in the breakroom, shop and
office prior to and during April 2025. She confronted
the coworker, and the supervisor standing
there, Brian Lensegrav, looked the other way.
Scott said the D.M. okayed vaping in the
building so she brought it to the DM's attention.

7. The DM, Greg, took away her driving job,
her safety sensitive position which came with
$3,250 in bonuses/year and contests/prizes.
Her Job duties got taken over by her
manager, Roy and Supervisor, Brian. Plaintiff
was banned from the shop, container shop
and yard, and therefore was unable to do
certain job duties she had been doing for 5 years.

8. The Plaintiff complained that this was retaliation,
and the DM ignored her. She then contacted
Mike Kranz, a higher up in the company, but
at a different site. He contacted HR, who then
contacted the Plaintiff, since there was no
HR on site. HR said they cannot treat the
Plaintiff like that and would speak to the
DM and manager concerning it.

9. Starting then, and continuing for 2 weeks,
her manager, supervisor and all shop
coworkers, (except 5), stopped talking to,

*Scott Lundeen*

*(Kelly Buccino?)*

②

9. continued:
looking at, or engaging in any business/interaction with the Plaintiff. The Plaintiff cried daily in her office, was anxious and depressed. She had other symptoms and went to the Dr for it, and saw a counselor.

10. The Plaintiff asked her coworkers during a shop meeting why they stopped talking to her. Nobody responded and they all looked at the ground. Plaintiff apologized for snitching on them for vaping and she started crying. Alex Gray, a mechanic sitting next to her, reported that they were instructed by their manager, Roy Card, not to speak to the Plaintiff. Another coworker, Scott Lundeen, informed the Plaintiff he was told he could not enter the Plaintiffs office without a Supervisor present.

11. The Plaintiff brought all these things again to the DM and HR. HR spent an hour with the Plaintiff and said she would investigate and get back to her. The Plaintiff cried to both HR and the DM, reporting feeling retaliated against, isolated and emotionally distressed. The DM said he would ask Alex but claimed it was probably just a misunderstanding.

12. The following day, May 1st, the Plaintiff was called into the managers office by the DM. The DM said he spoke to Alex and said he had misunderstood Roy, and that they were not told to ignore her. The Plaintiff said to the DM, "I don't believe you", and said to

③

12. Continued:
her manager, "You're a man of GOD Roy, tell the truth". The DM told the Plaintiff to stop. She responded saying she was going to file a complaint with the EEOC because this was retaliation and harrassment. The DM told her to go home and told her manager to pay her for the day. The Plaintiff left and spoke to Mike Kranz, who said he would have HR call her. They did not, and the DM called the Plaintiff at the end of the day. The Plaintiff was fired by the DM, with the reasoning that she was disrespectful in the meeting and even brought religion into it. The Plaintiff had filed a dispute with the EEOC after being sent home, and before getting fired, (on May 1st).

13. The Plaintiff believes the discrimination, retaliation and hostile work enviroment were brought on after she started putting pictures of Jesus and bible verses on the wall in her office, wearing biblical clothing and listening to christian music in her office, and after reporting safety and integrity concerns after being convicted by the Holy spirit at church. The #1 & #2 core values are Safety and Integrity, and their mission statement says, "We ask that you hold us accountable". She did and was punished for it, over and over again. Plaintiff filed a charge of discrimination with the EEOC, received a Right to sue letter May 30th, and is timely filing this action within 90 days of that notice.

## VI.    MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]                    NO [  ]

Count 1:
Religious Discrimination
Title VII, 42 U.S.C.
§ 2000e-2

Count 2: Retaliation
Title VII, 42 U.S.C. §
2000e-3

Count 3:
Wrongful
Termination
Title VII

B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

I am entitled to damages because I was unlawfully discriminated against based on my religion and retaliated against for reporting safety and policy violations, including reporting intent to file with the EEOC. After over 5 years of service and recognition as Employee of the year, I was punished with loss of benefits, job duties, driving privileges, exclusion by coworkers, loss of friends and ultimately terminated. This caused me financial harm, loss of future career and retirement security, and emotional distress requiring medical attention and counseling. Compensation is warranted for lost future earnings, emotional pain and suffering, and punitive damages to deter future misconduct.

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [  ]                    NO [X]

VIII.    Are you requesting a Jury Trial?

YES [X]                    NO [  ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of August, 2025

_____

_____

_____

Signature of Plaintiff[s]

Exhibit A - EEOC Notice of Right to Sue attached.

4

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Kimberly Dawn Taylor

**(b)** County of Residence of First Listed Plaintiff   Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**
WASTE Connections of SD, Inc.

County of Residence of First Listed Defendant   Hughes
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District (specify)   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 2000e, 2000e-3 and title VII.
Brief description of cause:
Employment discrimination, retaliation, wrongful termination, (religious discrimination)

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE  8/22/2025   SIGNATURE OF ATTORNEY OF RECORD  /s/ Kim   (Plantiff, Pro Se)

FOR OFFICE USE ONLY